UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA NICOLE GREENWOOD,

        Plaintiff,                          Case No. 22-cv-10247
                                            Hon. Matthew F. Leitman

v.

MICHIGAN CONFERENCE OF
TEAMSTERS WELFARE FUND, *et al.*,

        Defendants.

_____/

## ORDER (1) VACATING ORDER TO SHOW CAUSE (ECF No. 7) AND DISMISSING COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

On February 2, 2022, Plaintiff Angela Nicole Greenwood filed this action against the Defendants. (*See* Compl., ECF No. 1.) Greenwood alleges, among other things, that Defendants discriminated against her based on her pregnancy. (*See id.*)

As of April 21, 2022, it did not appear that Greenwood had taken any action to prosecute her claims in this action. The Court therefore entered an order requiring Greenwood to show cause why it should not dismiss her Complaint for failure to prosecute (the "Show Cause Order"). (*See* Show Cause Order, ECF No. 7.) In the Show Cause Order, the Court warned Greenwood that failing to respond to the order, in writing, by May 20, 2022, "may result in the dismissal of [her] case." (*Id.*, PageID.22.)

1

Greenwood has not taken any action in this matter since the Court issued the Show Cause Order.  She has not complied with the Show Cause Order by explaining to the Court why it should not dismiss her case for failure to prosecute.  Nor does it appear that she has taken any other action to prosecute this case.  Finally, Greenwood has not contacted the Court to ask for additional time to comply with the Show Cause Order.  For all of these reasons, because Greenwood has failed to comply with the requirements of the Show Cause Order, and because she has failed to prosecute her case, the Court (1) **VACATES** the Show Cause Order (ECF No. 7) and (2) **DISMISSES** Greenwood's Complaint (ECF No. 1) **WITHOUT PREJUDICE**. *See* E.D. Mich. Local Rule 41.2.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 15, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 15, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126